**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

**JUL 0 1 2026**

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

James David STIDHAM

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Brice Maxey, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Law Enforcement Officer (LEO) with the United States Forest Service (USFS) and have been so employed since July 2024. I am currently assigned to the Clinch Ranger District in Norton, Virginia. Prior to becoming an USFS LEO, I was a Supervisory Lieutenant for the Federal Bureau of Prisons at the United States Penitentiary Lee from 2022 to 2024 and worked as a Correctional Officer for other United States Penitentiaries for the Bureau of Prisons from 2016 to 2022. I have participated in numerous federal investigations involving assaults, narcotic smuggling, weapon offenses, and controlled substance violations.

2.      I am a law enforcement officer of the United States within the meaning of Title 16 United States Code Section 559c. Since becoming a LEO with the USFS

1

I have conducted investigations involving theft of government property, damage to government property, wildlife violations, agricultural violations, controlled substance violations, arson violations, and received specialized training in drug cultivation on United States Forest Service land. During my tenure in law enforcement, I have become familiar with the manners and methods criminals use to deface and destroy government property, to engage in theft, and to commit wildlife and agricultural violations.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      This affidavit is submitted as probable cause in support of a request that an arrest warrant be issued for James David STIDHAM for the violations of federal law set forth below.

## PROBABLE CAUSE

5.      On May 28, 2026, I received a phone call from Clinch Ranger District employee Chris Jackson who stated that a break-in had been discovered at the Clinch Ranger District Office, located at 1700 Park Ave. SW, Norton, Virginia. Mr. Jackson stated that Norton Police Department Investigator Kenneth Hill had stopped by the

office on that date and asked if any chainsaws or other equipment was missing from the office. Upon further investigation, Mr. Jackson observed that the tool shed behind the office had been broken into with a pair of bolt cutters that were left on the ground next to the tool shed.

6.      Once I arrived at the Clinch Ranger District Office, I spoke with Investigator Hill, who told me that earlier in the morning of May 28, 2026, a vehicle was reported as stolen from the Virginia Department of Corrections (DOC) State Probation Office, which is located at 1650 Park Ave. SW, Norton, Virginia.

7.      The stolen vehicle was found upside-down in a creek near the DOC Probation Office, but the driver of the vehicle was not found. Once first responders retrieved the vehicle, multiple pieces of Stihl equipment were located inside of the vehicle and in the creek. Virginia State Trooper Allen investigated the crash and advised Investigator Hill that James STIDHAM was located near the crash site. Trooper Allen questioned STIDHAM about the crash and STIDHAM denied any involvement. STIDHAM told Trooper Allen that he was doing security for a local timber mill that is located approximately a mile from the DOC Probation Office.

8.      Through serial numbers and markings, Investigator Hill determined that the pieces of Stihl equipment located at the crash site were property of the United States Forest Service. As part of his investigation of the stolen vehicle, Investigator Hill reviewed the CCTV footage of local businesses near the probation office. Based

3

on the footage, he was able to determine that STIDHAM stole the vehicle from the DOC Probation Office. Stidham was also observed in videos purchasing drinks at a local pop machine outside of a DMV office (1729 Park Avenue S.W., Norton, Virginia).

9.    Clinch Ranger District employees Chris Jackson and Chris Maine reviewed the inventory in the District Office tool shed and compiled a list of items that were missing. The list is comprised of the following: Stihl MS 310 Chainsaw valued at $760.00, Stihl 250 Chainsaw valued at $550.00, Stihl MS 361 Chainsaw valued at $1,100.00, Stihl CUTQUICK TS 800 16" valued at $1,899.99, and three (3) Increment Borers 16" valued at $462.00 each. These pieces of equipment matched those that were found inside of the vehicle stolen from the DOC Probation Office and in the creek. The total value of the missing items is $5,695.99.

10.    On June 1, 2026, STIDHAM was arrested by Wise Police Department for probation violations and taken into custody. On June 2, 2026, Investigator Hill went to the Regional Jail and interviewed STIDHAM. During the interview, STIDHAM admitted to stealing the vehicle at the DOC Probation Office. When asked where the Sthil equipment came from STIDHAM stated, "the forestry office." STIDHAM admitted that he acted alone and had stolen the equipment from the Clinch Ranger District.

4

11.     Based on the above information and my training and experience in criminal investigations, I submit that probable cause exists to conclude James STIDHAM willfully and knowingly stole multiple pieces of equipment, of a total value exceeding $1,000, of the goods and property of the United States, in violation of 18 U.S.C. § 641.

## CONCLUSION

12.     Based on the forgoing, I request this Court issue the proposed arrest warrant.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on ~~June~~ July 1, 2026, in Abingdon, Virginia.

_____
Law Enforcement Officer Brice Maxey
United States Forest Service
United States Department of
Agriculture

Subscribed and sworn on _____July 1_____, 2026

_____
HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES MAGISTRATE JUDGE

5

Reviewed by: Danielle Stone, AUSA